**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**THE UNITED STATES OF AMERICA**

      **vs.**                           **CASE NO. 3:99CR00303-001 (PG)**

**JAVIER ROSADO**
*** * * * * * * * * * * * * * * * * * * * * * * ***

**MOTION NOTIFYING VIOLATION OF SUPERVISED RELEASE**
**AND REQUESTING MODIFICATION OF CONDITIONS OF RELEASE**

**TO THE HONORABLE JUAN M. PEREZ-GIMENEZ**
**U.S. DISTRICT JUDGE**
**DISTRICT OF PUERTO RICO**

     **COMES NOW, Martín De Santiago, U.S. Probation Officer** of this Court, presenting an

official report upon the conduct and attitude of Javier Rosado, who was sentenced on March 17,

2000, to seventy-one (71) months of imprisonment after he was convicted of violating Title 21 U.S.

Code, Section 952. A supervised release term of ten (10) years was imposed with the special

conditions which included drug testing, and treatment if necessary, financial disclosure, and the

annual submission of the filing of his income tax returns as required by law. A special monetary

assessment in the amount of $100 was also imposed. On July 9, 2004, the offender was released

from custody at which time the supervision term imposed commenced.

     **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR**

**CAUSE AS FOLLOWS:**

     The offender recently admitted to having used cocaine and having been experiencing

depression episodes. He attributed the aforementioned non-compliant behavior to familial discord.

It should be noted that all his drug tests had been negative and that he had been in compliance with

his  conditions of release until recently.  Mr. Rosado, and this officer of the Court, believe that he

will benefit from mental health treatment.  Nevertheless, his current conditions of release do not

include the mental health condition.

The aforementioned was discussed with the offender and he has agreed to the modification

of conditions as noted on the attached Probation Form 49 - Waiver of Hearing to Modify Conditions

of Probation/Supervised Release of Extend Term of Supervision, modifying his conditions to require

him to participate in Mental Health Treatment.

**WHEREFORE,** it is respectfully requested, unless ruled otherwise by the Court, that our

request for the modification of conditions be granted as noted on the attached waiver.

In San Juan, Puerto Rico, this 17th day of November 2005.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER


s/Martin De Santiago
Martin De Santiago
U.S. Probation Officer
Federal Office Building Room 400
150 Chardón Avenue
San Juan, P.R. 00918-1741
Tel. 787-766-5860
Fax 787-771-4063
martin_de_santiago@prp.uscourts.gov


MDS/

2

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Sonia I. Torres-Pabon, Assistant U.S. Attorney, and to defense counsel Anita Hill.

In San Juan, Puerto Rico, this 17th day of November 2005.

s/Martin De Santiago
Martin De Santiago
U.S. Probation Officer
Federal Office Building Room 400
150 Chardón Avenue
San Juan, P.R. 00918-1741
Tel. 787-766-5860
Fax 787-771-4063
martin_de_santiago@prp.uscourts.gov

MDS