IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

(Two minutes)

<u>MINUTES OF PROCEEDINGS</u>                    Date: March 31, 2006

BEFORE HONORABLE CHIEF MAGISTRATE JUDGE: Justo Arenas

| United States of America | * | CASE NO. 99-303 (PG) |
|---|---|---|
| Plaintiff | * |  |
|  | * | COURTROOM DEPUTY: Brenda Gonzalez |
| v. | * |  |
|  | * | COURT INTERPRETER: |
| 1. Javier Rosado #18201-069 | * |  |
|  | * | **ATTORNEYS** |
|  | * | For Plaintiff: |
|  | * | For Defendant: |
| Defendant(s) | * |  |
|  | * | P. T. S. O. |
|  |  | Voluntary Surrender: |

__X__ Initial Appearance held.   Arrest Date: March 31, 2006

__X__ Defendant was brought before the Magistrate.

__X__ Defendant(s) was/were interviewed by Pretrial Service Officer.

__X__ Defendant(s) was/were advised of the rights and was provided of

_____ Complaint   _____ Indictment   __X__ Arrest Warrant

_____ Removal hearing is set for _____ at _____

_____ Foster hearing is set for _____ at _____

__X__ Preliminary hearing is set for April 12, 2006 at 9:00 a.m.

__X__ Detention hearing is set for April 12, 2006 at 9:00 a.m.

_____ Bail Hearing is set for _____ at _____

_____ Arraignment is set for _____ at _____

__X__ Defendant(s) is/are committed.

_____ Hearing of arraignment is to be seen before Magistrate Judge:

___ J. Arenas   ___ A. M. Delgado-Colon   ___ G. A. Gelpi   ___ C. Velez-Rive

_____ Government's request is _____

__X__ Defendant be represented by:

__X__ Federal Public Defender   _____ Retained counsel   _____ CJA Counsel

_____ Bond set at _____

_____ Bond to be posted by or within _____

_____ Defendant(s) left on his/her/their own recognizance.

s/c: AUSA, USM, PTSO, Atty./FPD                    s/ *Brenda Gonzalez*
                                                   Brenda Gonzalez
                                                   Courtroom Deputy