## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

### MINUTES OF PROCEEDINGS

Scheduled Time: 9:00
Starting Time: 9:24
Adjourned Time: 9:29

HONORABLE JUSTO ARENAS

COURTROOM DEPUTY CLERK: Brenda González          DATE: April 12, 2006

COURT INTERPRETER: Hilda Gutierrez               CASE NO.: 99-303 (PG)

COURT REPORTER: FTR                              PO: Jose Soto

| **UNITED STATES OF AMERICA**<br><br>Plaintiff<br><br>V.<br><br>**JAVIER ROSADO**<br><br>Defendant | <u>Attorneys</u>: AUSA Jose Capo<br><br><br><br>AFPD Victor Gonzalez |
|---|---|

Preliminary Hearing, in re: Supervised Release Violation and Detention Hearing. Defense counsel proffered that all the problems incurred by the defendant was the change of medication by the psychiatrist and requested that defendant be evaluation. This change of medication caused him to get depressed and started with his drug use again. After having heard counsel, the Court finds probable cause that the releasee violated the conditions of the imposed supervised release term. The defendant is ordered detained and the case referred to Judge Perez-Gimenez for a final revocation hearing.

*s/ Brenda Gonzalez*
BRENDA GONZALEZ
Courtroom Deputy Clerk