AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ PUERTO RICO _____

UNITED STATES OF AMERICA,　　　　　　　　　　**APPEARANCE**
Plaintiff,

　　　　　v.　　　　　　　　　　　　　　　CASE NUMBER: 99-303(PG)

JAVIER ROSADO
Defendant.


To the Clerk of this court and all parties of record:


　　　Enter my appearance as **COUNSEL** in this case for the United States of America. Additionally it is respectfully requested that electronic notification to Assistant U.S. Attorney David Rivera and Sonia I. Torres be terminated.


July 5, 2006　　　　　　　　　　　　/s/ *Evelyn Canals*
Date　　　　　　　　　　　　　　　Signature

　　　　　　　　　　　　　　　　　EVELYN CANALS, AUSA
　　　　　　　　　　　　　　　　　Print Name

　　　　　　　　　　　　　　　　　Suite 1201, Torre Chardon,
　　　　　　　　　　　　　　　　　350 Carlos Chardon Street
　　　　　　　　　　　　　　　　　Hato Rey, Puerto Rico 00918
　　　　　　　　　　　　　　　　　Address

　　　　　　　　　　　　　　　　　(787) 766-5656
　　　　　　　　　　　　　　　　　Phone Number
　　　　　　　　　　　　　　　　　aramis.rios@usdoj.gov
　　　　　　　　　　　　　　　　　E-mail Address

**Notice of Appearance**
**Criminal No. 99-303(PG)**
**Page No. 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date July 5, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing.

/s/ *Evelyn Canals*
EVELYN CANALS, AUSA
Torre Chardón, Suite 1201
350 Carlos Chardón Avenue
Hato Rey, Puerto Rico 00918
(787) 766-5656
E-mail Address: aramis.rios@usdoj.gov