

# UNITED STATES DISTRICT COURT

FOR THE JUDICIAL _____ DISTRICT OF _____ PUERTO RICO

UNITED STATES OF AMERICA

V.

JAVIER ROSADO

**SUBPOENA IN A CRIMINAL CASE**

Case Number:   99 CR 00303-01 (PG)

TO:   Veronica Torres

*[RECEIVED & FILED stamp: JUL 14 2006 PM 1:31, CLERK'S OFFICE U.S. DISTRICT COURT, SAN JUAN P.R.]*

X  YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District Court<br>For the District of Puerto Rico<br>150 Chardon Ave.<br>Hato Rey, Puerto Rico | CH-116 |
|  | DATE AND TIME |
|  | July 14, 2006 @ 9:30 AM |

X  YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

Personnel file of defendant Javier Rosado , his daily attendance record and any other document and/or file related to the defendant's employment with Master Pieces Security Windows.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>**FRANCES RIOS DE MORAN**<br>**CLERK OF COURT** | DATE |
|---|---|
| (By) Deputy Clerk *[signature]* | July 12, 2006 |
| ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER: | |

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE 7-13-06 | PLACE U.S. Marshal Office Hato Rey, P.R. |
| SERVED | DATE 7-13-06 | PLACE Bayamon |
| SERVED ON (PRINT NAME) Veronica Torres | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES ☐ NO  AMOUNT $ | |
| SERVED BY (PRINT NAME) Efrain Cortiz | TITLE U.S. Marshal Guard | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  7-13-06
DATE

SIGNATURE OF SERVER

U.S Marshal Office Hato Rey
ADDRESS OF SERVER

ADDITIONAL INFORMATION

Certified to be a true copy
of an authorized...
FRANCES ...
U.S. District Court for the
District of Puerto Rico

Deputy Clerk
7/12/06