IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff,

      v.

JAVIER ROSADO

    Defendant

**Criminal No.** 99-303 (PG)

**NOTICE OF APPEAL**

TO THE HONORABLE COURT:

Notice is hereby given by Mr. Javier Rosado, the defendant herein, that he respectfully appeals to the United States Court of Appeals for the First Circuit from the Judgment and Sentence entered against him on July 14, 2006, and entered on docket on July 24, 2006, by the Hon. Juan M. Pérez-Giménez, United States District Judge for the District of Puerto Rico.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 28th day of July, 2006.

JOSEPH C. LAWS, JR.
**Federal Public Defender**
**District of Puerto Rico**

S/MAX PEREZ-BOURET
Assistant Federal Public Defender
USDC - PR 222612
241 F. D. Roosevelt Avenue
San Juan, PR 00918-2441
Phone No. (787) 281-4922
Fax No. (787) 281-4899
**E-mail :** Max_Perez@fd.org

Criminal No. 99-303(PG)                                                                 2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this same day, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

In San Juan, Puerto Rico, 28th day of July, 2006.

                                                **S/Max Perez-Bouret**
Assistant Federal Public Defender
USDC - PR 222612
241 F. D. Roosevelt Avenue
San Juan, PR 00918-2441
Phone No. (787) 281-4922
Fax No. (787) 281-4899
E-mail : Max_Perez@fd.org