AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

FOR THE JUDICIAL _____ District of _____ PUERTO RICO

UNITED STATES OF AMERICA

V.

JAVIER ROSADO

**WARRANT FOR ARREST**

Case Number: 99-303-01 (PG)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JAVIER ROSADO _____
Name

RECEIVED AND FILED
2006 AUG 10 PM 1:28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   X Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

in violation of Title _____ United States Code, Section(s) _____

DANIEL R. DOMINGUEZ
Name of Issuing Officer

UNITED STATES DISTRICT JUDGE
Title of Issuing Officer

S / DANIEL R. DOMINGUEZ
Signature of Issuing Officer

March 31, 2006
Date and Location

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

De Diego Ave., Puerto Nuevo, PR

| DATE RECEIVED 3/31/06 | NAME AND TITLE OF ARRESTING OFFICER Antonio Torres Criminal Investigator | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST 3/31/06 | | |