UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
Transmittal of Record to the Court of Appeals

DATE:      August 16, 2006

DC #:      99-303  (PG)

APPEAL FEE PAID:        YES _____    NO __X__

CASE CAPTION:           USA     v.    Rosado
                        Defendant:    Javier Rosado (1)

IN FORMA PAUPERIS:      YES __X__    NO _____

MOTIONS PENDING:        YES _____    NO __X__

NOTICE OF APPEAL FILED BY:        Defendant

APPEAL FROM:            Judgment for Revocation entered on 07/24/06

SPECIAL COMMENTS:       Copies of original documents

INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:

DOCUMENTS:                                                          VOLUMES:

Docket Entries    21, 28-46                                            I


I HEREBY certify that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

                                        FRANCES RIOS DE MORAN
                                        Clerk of the Court


                                        S/ Xiomara Muñiz
                                        Xiomara Muñiz
                                        Deputy Clerk

Acknowledgment of Receipt:

Received By:   _____
USCCA #:       _____
s/c:  CM/ECF Parties, Docket Clerk, Appeals Clerk