UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Supplemental Record  to the Court of Appeals</u>

DATE:   **December 20, 2006**

DC #:   **99-303  (PG)**

USCA#:   **06-2242**

CASE CAPTION:        USA   v.   Rosado
                                    Defendant:   Javier Rosado (1)

SPECIAL COMMENTS:        Original documents

**INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:**

DOCUMENTS:                                                                        VOLUMES:

**Docket Entry   51   (Transcript)**                                                               I

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above  and constitute the supplemental record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:

Received By:   _____
USCCA #:         _____
s/c:   CM/ECF Parties, Docket Clerk, Appeals Clerk