UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Supplemental Record  to the Court of Appeals</u>

DATE:     February 21, 2007

DC #:      99-303   (PG)

USCA #   06-2242

CASE CAPTION:            USA     v.     Rosado
           Defendant:     Javier Rosado  (1)

SPECIAL COMMENTS:      Copies &  original documents

INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:

DOCUMENTS:                                                      VOLUMES:

**Docket Entries  18   (PSR)  &   53   (Transcript)**                          I


I HEREBY CERTIFY  that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the supplemental record on appeal in the case.

                FRANCES RIOS DE MORAN
                Clerk of the Court


                S/ Xiomara Muñiz
                Xiomara Muñiz
                Deputy Clerk

Acknowledgment of Receipt:

Received By:     _____
USCCA #:            _____
s/c:   CM/ECF Parties, Docket Clerk, Appeals Clerk