# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO
Transmittal of Supplemental Record to the Court of Appeals

**DATE:** January 30, 2008

**DC #:** 99-303 (PG)

**USCA #:** 06-2242

**CASE CAPTION:** USA v. Rosado
Defendant: Javier Rosado (1)

**SPECIAL COMMENTS:** Original documents

**INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:**

| DOCUMENTS: | VOLUMES: |
|---|---|
| Docket Entry 58 (Transcript) | I |

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the supplemental record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:

Received By: _____
USCCA #: _____
s/c: CM/ECF Parties, Appeals Clerk